# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UZMA SHAHID BUTT,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | CASE NO. 2:15-cv-05690-SK<br><br>**JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further administrative proceedings consistent with the accompanying Order of Remand.

DATED: April 27, 2018

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE